**RECEIVED**

JUL 2 9 2010

TONY R. MOORE, CLERK
BY _M Cassanova_
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

UNITED STATES OF AMERICA

v.

ANTHONY SIMMONS, "Little T" or "Tony"
PATRICK EDWARDS, a.k.a. "QB"
MARVIN MOSLEY, a.k.a. "Randy" or "Ray Ray"
FRED TAYLOR, a.k.a. "Youngster"
TROY WILSON
ANTHONY ROSS
TIMOTHY McGREGOR, a.k.a."Papa Smurf"
WAYNE OSBORNE, a.k.a. "Diesel"
BRADY DOBKINS, a.k.a. "Lucky"

CRIMINAL NO: _10-CR-00233_

JUDGE _Tom Stagg_

MAGISTRATE JUDGE HORNSBY

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT 1**
18 U.S.C. § 371

I.    AT ALL TIMES RELEVANT HEREIN

A.    BancorpSouth, Citizens National Bank, Cross Keys Bank, The Evangeline Bank and Trust Company, Peoples State Bank, Red River Bank, Regions Bank, Sabine State Bank and Trust and Union Bank are organizations affecting interstate commerce as defined in 18 U.S.C. § 513.

II.    THE CONSPIRACY

Beginning on or about the 1st day of October, 2009, and continuing until on or about the 6th day of April, 2010, in the Western District of Louisiana and elsewhere, the Defendants, ANTHONY SIMMONS, PATRICK EDWARDS, MARVIN MOSLEY, FRED TAYLOR, TROY WILSON,

ANTHONY ROSS, TIMOTHY McGREGOR, WAYNE OSBORNE, and BRADY DOBKINS, did knowingly and willfully unlawfully combine, conspire, confederate and agree together to commit offenses against the United States in violation of Title 18, United States Code, Sections 513, by knowingly uttering and possessing counterfeited securities of an organization affecting interstate commerce for the purpose of with the intent to deceive another person and organization.

III.   OBJECT OF THE CONSPIRACY

The primary object of the conspiracy was to obtain U.S. currency by knowingly uttering and possessing counterfeited securities of an organization affecting interstate commerce for the purpose of with the intent to deceive another person and organization.

IV.   OVERT ACTS

In furtherance of the conspiracy and to effect the object thereof, the Defendants performed or caused to be performed the following overt acts, among others, in the Western District of Louisiana and elsewhere:

A.   On or about October 6, 2009, MARVIN MOSLEY provided information for the purpose of making counterfeit checks in the names of multiple individuals including: TIMOTHY McGREGOR, WAYNE OSBORNE, and BRADY DOBKINS for the purpose of passing counterfeit checks.

B.   On or about October 26, 2009, PATRICK EDWARDS and MARVIN MOSLEY recruited and transported multiple individuals including: TIMOTHY McGREGOR, WAYNE OSBORNE, ANTHONY ROSS and BRADY DOBKINS for the purpose of passing counterfeit checks in Monroe, Louisiana.

C.      On or about April 6, 2010, FRED TAYLOR and TROY WILSON transported two individuals, K.P. and C.J.,  for the purpose of passing counterfeit checks in Ruston, Louisiana.

D.      Further, the allegations of Counts 2 - 18 are alleged and incorporated as though fully set forth herein as separate overt acts.

All in violation of Title 18, United States Code, Section 371 [18 U.S.C. § 371].

## COUNTS 2-3
## 18 U.S.C. § 513

On or about October 2, 2009, in the Western District of Louisiana, the defendants, WAYNE OSBORNE and BRADY DOBKINS, did knowingly utter and possess counterfeited securities of an organization affecting interstate commerce, Citizens National Bank, located in Bossier City, Louisiana, bearing the payee names, the check numbers and in the amounts set forth below, with the intent to deceive another person and organization.

| Count | Name of Payee | Check Number | Amount |
|-------|---------------|--------------|--------|
| 2 | Wayne Osborne | 13519 | 1,432.91 |
| 3 | Brady Dobkins | 11113 | 1,298.43 |

All in violation of Title 18, United States Code, Section 513(a) and Title 18, United States Code, Section 2. [18 U.S.C. § 513(a) and 18 U.S.C. § 2].

<u>COUNTS 4-5</u>
18 U.S.C. § 513

On or about October 5, 2009, in the Western District of Louisiana, the defendants, WAYNE

OBSORNE and ANTHONY ROSS, did knowingly utter, pass and possess counterfeited securities

of an organization affecting interstate commerce, Regions Bank, located in Shreveport, Louisiana,

bearing the payee names, the check numbers and in the amounts set forth below, with the intent to

deceive another person and organization.

| Count | Name of Payee | Check Number | Amount |
|-------|---------------|--------------|--------|
| 4 | Wayne Osborne | 32106 | 1,376.66 |
| 5 | Anthony Ross | 32105 | 1,300.65 |

All in violation of Title 18, United States Code, Section 513(a) and Title 18, United

States Code, Section 2. [18 U.S.C. § 513(a) and 18 U.S.C. § 2].

## COUNTS 6-9
18 U.S.C. § 513

On or about October 23, 2009, in the Western District of Louisiana, the defendants, TIMOTHY McGREGOR, ANTHONY ROSS, WAYNE OSBORNE, and BRADY DOBKINS, did knowingly utter, pass and possess counterfeited securities of an organization affecting interstate commerce, Union Bank located in Alexandria, Louisiana, bearing the payee names, the check numbers and in the amounts set forth below, with the intent to deceive another person and organization.

| Count | Name of Payee | Check Number | Amount |
|---|---|---|---|
| 6 | Timothy McGregor | 5322 | 1,345.99 |
| 7 | Anthony Ross | 5317 | 1,328.55 |
| 8 | Wayne Osborne | 5437 | 1,409.76 |
| 9 | Brady Dobkins | 5439 | 1,509.11 |

All in violation of Title 18, United States Code, Section 513(a) and Title 18, United States Code, Section 2. [18 U.S.C. § 513(a) and 18 U.S.C. § 2].

COUNTS 10-12
18 U.S.C. § 513

On or about October 26, 2009, in the Western District of Louisiana, the defendants, PATRICK EDWARDS, MARVIN MOSLEY, TIMOTHY McGREGOR, ANTHONY ROSS and WAYNE OSBORNE, did knowingly utter and possess counterfeited securities of an organization affecting interstate commerce, Cross Keys Bank, located in Monroe, Louisiana, bearing the check numbers and in the amounts set forth below, with the intent to deceive another person and organization.

| Count | Name of Payee | Check Number | Amount |
|-------|---------------|--------------|--------|
| 10 | Timothy McGregor | 10315 | 1,320.87 |
| 11 | Anthony Ross | 10317 | 1,432.90 |
| 12 | Wayne Osborne | 10314 | 1,320.98 |

All in violation of Title 18, United States Code, Section 513(a) and Title 18, United States Code, Section 2. [18 U.S.C. § 513(a) and 18 U.S.C. § 2].

COUNT 13-16
18 U.S.C. § 513

On or about December 1, 2009, in the Western District of Louisiana, the defendant, ANTHONY DEWITT SIMMONS, did knowingly possess counterfeited securities of an organization affecting interstate commerce, as further set forth below, located in Pineville and Alexandria, Louisiana, bearing the check numbers and in the amounts set forth below, with the intent to deceive another person and organization.

| Count | Initials of Payee | Bank | Check Number | Amount |
|-------|-------------------|------|--------------|--------|
| 13 | P.F. | Peoples State Bank | 25560 | 1,409.76 |
| 14 | P.F. | Evangeline Bank and Trust Co. | 6749 | 1,428.98 |
| 15 | P.F. | Red River Bank | 28004 | 1,289.65 |
| 16 | P.F. | Sabine State Bank and Trust | 9007 | 1,328.88 |

All in violation of Title 18, United States Code, Section 513(a). [18 U.S.C. § 513(a)]

COUNTS 17-18
18 U.S.C. § 513

On or about April 6, 2010, in the Western District of Louisiana, the defendants, FRED TAYLOR and TROY WILSON, did knowingly possess counterfeited securities of an organization affecting interstate commerce, BancorpSouth, bearing the check numbers, payee names and in the amounts set forth below, with the intent to deceive another person and organization.

| Count | Initials of Payee | Check Number | Amount |
|-------|-------------------|--------------|--------|
| 17 | C.J. | 10481 | $1,287.23 |
| 18 | K.P. | 10482 | $1,354.90 |

All in violation of Title 18, United States Code, Section 513(a) and Title 18, United States Code, Section 2. [18 U.S.C. § 513(a) and 18 U.S.C. § 2].

A TRUE BILL:

STEPHANIE A. FINLEY
UNITED STATES ATTORNEY

Allison D. Bushnell (La. Bar No. 27443)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068
318/676-3600