# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

```
DATE.:     JULY 29, 2010
TAPE NO.: FTR GOLD DIGITAL AUDIO                    TIME: 00:15
PRESENT:  MARK L. HORNSBY - U.S. MAGISTRATE JUDGE
          MARCIA W. CASSANOVA - COURTROOM DEPUTY
```

## GRAND JURY REPORT - PAGE 1

  X   Partial Report/Final Report   ___   Jurors excused subject to call.


## SEALED INDICTMENTS

| CASE NUMBER | WARRANT/SUMMONS |
|---|---|
| 1:10-cr-00223-01 | ARREST WARRANT TO BE SERVED BY ATF SA JOHN PIAS |
| 2:10-cr-00224-01 | ARREST WARRANT |
| 2:10-cr-00224-02 | ARREST WARRANT |
| 2:10-cr-00224-03 | ARREST WARRANT |
| 6:10-cr-00225-01 | ARREST WARRANT |
| 3:10-cr-00228-01 | ARRAIGNMENT TO BE SCHEDULED BEFORE MAGISTRATE JUDGE HAYES |
| 3:10-cr-00228-02 | ARREST WARRANT TO ISSUE |
| 5:10-cr-00230-01 | ARRAIGNMENT BEFORE MJ HORNSBY ON 8/3/10 AT 10:00 A.M. |
| 5:10-cr-00230-02 | ARREST WARRANT TO BE SERVED BY FBI |
| 5:10-cr-00230-03 | ARRAIGNMENT BEFORE MJ HORNSBY ON 8/3/10 AT 10:00 A.M. |
| 5:10-cr-00230-04 | ARREST WARRANT TO BE SERVED BY FBI |
| 5:10-cr-00230-05 | ARREST WARRANT TO BE SERVED BY FBI |
| 5:10-cr-00230-06 | ARREST WARRANT TO BE SERVED BY FBI |
| 5:10-cr-00231-01 | ARREST WARRANT TO BE SERVED BY ATF |
| 5:10-cr-00232-01 | ARREST WARRANT |
| 5:10-cr-00233-01 | ARREST WARRANT TO BE SERVED BY SECRET SERVICE |
| 5:10-cr-00233-02 | ARREST WARRANT TO BE SERVED BY SECRET SERVICE |
| 5:10-cr-00233-03 | ARREST WARRANT TO BE SERVED BY SECRET SERVICE |
| 5:10-cr-00233-04 | ARREST WARRANT TO BE SERVED BY SECRET SERVICE |
| 5:10-cr-00233-05 | ARREST WARRANT TO BE SERVED BY SECRET SERVICE |
| 5:10-cr-00233-06 | WRIT TO BE REQUESTED |
| 5:10-cr-00233-07 | WRIT TO BE REQUESTED |
| 5:10-cr-00233-08 | WRIT TO BE REQUESTED |
| 5:10-cr-00233-09 | WRIT TO BE REQUESTED |
| 5:10-cr-00234-01 | ARREST WARRANT TO ISSUE |

**The oral motion to seal these indictments is granted, and these indictments are ordered sealed and withheld from the public until such time as the defendant(s) come into federal custody.**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DATE.:          JULY 29, 2010
TAPE NO.:       FTR GOLD DIGITAL AUDIO
PRESENT:        MARK L. HORNSBY - U.S. MAGISTRATE JUDGE
                MARCIA W. CASSANOVA - COURTROOM DEPUTY

GRAND JURY REPORT - PAGE 2

OPEN INDICTMENTS

CASE NUMBER        WARRANT/SUMMONS

3:10-cr-00226-01  WRIT TO ISSUE

3:10-cr-00227-01  WRIT TO ISSUE

5:10-cr-00229-01  SUMMONS TO ISSUE

5:10-cr-00135-01  ASR TO ISSUE
5:10-cr-00135-02  SUMMONS TO ISSUE
5:10-cr-00135-03  SUMMONS TO ISSUE

 X  Warrants/summons ordered issued as indicated.