U.S. District Court
Western District of Louisiana
Tony R. Moore, Clerk
RECEIVED
Date:   08-23-10
By      M. Cassanova

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | | |
|---|---|---|---|
| HON. MARK HORNSBY | JUDGE PRESIDING | DATE: | AUGUST 23, 2010 |
| MARCIA W. CASSANOVA | MINUTE CLERK | **STATISTICAL TIME:** | **00:10** |
| [10:43:00] – [        ] | FTR GOLD AUDIO | COURT REPORTER: | |

CASE NO.: 10-cr-00233-07    UNITED STATES V. TIMOTHY McGREGOR

**APPEARANCES:**    FOR THE GOVERNMENT:  ALLISON BUSHNELL
                    FOR THE DEFENDANT:   WARREN THORNELL (A/FPD)

**CALLED FOR:**  INITIAL APPEARANCE, DETENTION HEARING AND ARRAIGNMENT
         ORAL ORDER GRANTING ORAL MOTION FOR APPOINTMENT OF COUNSEL
         ORAL ORDER GRANTING ORAL MOTION TO ENROLL AS APPOINTED COUNSEL
         ORAL ORDER GRANTING ORAL MOTION FOR RULE 16 DISCOVERY
         ORAL ORDER GRANTING ORAL MOTION FOR RECIPROCAL RULE 16 DISCOVERY

**INITIAL APPEARANCE:**

(X)  DEFENDANT ADMITTED HIS IDENTITY AND WAIVED FORMAL ADVISEMENT OF THE CHARGE
     AND OF HIS CONSTITUTIONAL RIGHTS.

**BOND DETERMINATION/DETENTION HEARING:**

(X)  DEFENDANT DOES NOT CONTEST THE GOVERNMENT'S ORAL MOTION FOR DETENTION AT THIS
     TIME, RESERVING HIS RIGHT TO REQUEST A HEARING ON BOND IF HIS CIRCUMSTANCES
     CHANGE. THE GOVERNMENT'S ORAL MOTION IS GRANTED, AND DEFENDANT IS REMANDED TO
     THE CUSTODY OF THE U.S. MARSHAL PENDING TRIAL.

(X)  AN ORDER OF DETENTION IS FILED HEREWITH.

**ARRAIGNMENT:**

(X)  READING OF INDICTMENT IS WAIVED.

(X)  NOT GUILTY PLEA TO ALL COUNTS IN WHICH DEFENDANT IS NAMED.

(X)  ORAL ORDER GRANTING ORAL MOTION FOR RULE 16 DISCOVERY. ORAL ORDER GRANTING
     ORAL MOTION FOR RECIPROCAL RULE 16 DISCOVERY.

(X)  DEFENDANT'S MOTIONS ARE DUE BY TUESDAY, SEPTEMBER 14, 2010, INCLUDING ANY
     MOTIONS UNDER 18 USC § 3161(h) FOR DELAY OF TRIAL. **A PAPER COURTESY COPY OF
     ALL MOTIONS AND BRIEFS SHALL BE DELIVERED TO CHAMBERS AT THE TIME OF FILING.**

(X)  A STATUS CONFERENCE IN CHAMBERS IS SET BEFORE MAGISTRATE JUDGE HORNSBY ON
     THURSDAY, SEPTEMBER 16, 2010 AT 02:00 P.M.

**COUNSEL:**

(X)  DEFENDANT'S ORAL MOTION FOR APPOINTMENT OF COUNSEL IS GRANTED. ON THE BASIS
     OF THE EVIDENCE IN THE RECORD, THE COURT FINDS THAT DEFENDANT DOES NOT HAVE
     THE FINANCIAL RESOURCES TO RETAIN COUNSEL. THE ORAL MOTION BY MR. WARREN
     THORNELL TO ENROLL AS APPOINTED COUNSEL THROUGH THE OFFICE OF THE FEDERAL
     PUBLIC DEFENDER IS GRANTED.