

# United States District Court
OFFICE OF THE CLERK
## Western District of Louisiana

R E C E I V E D December 29, 2011

300 Fannin Street, Suite 1167
Shreveport, LA 71101-3083
Phone (318) 676-4273
FAX (318) 676-3962

JAN 0 5 2012

TONY H. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____



RECEIVED

JAN - 3 2012

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Northern District of Texas
501 West 10th Street Room 310
Fort Worth, TX 76102-3673

RE:  Your Case Number: 4:11-CR-207-Y
     USA v. Timothy McGregor
     Our Case Number: 5:10-cr-233-07

Dear Clerk:

In connection with the Transfer of Jurisdiction executed in the captioned matters, enclosed are certified copies of the following documents:

- Indictment
- Judgment
- Docket Sheet
- Financial Ledger: Not included as defendant is a joint and several case.

Please acknowledge receipt of the captioned documents by affixing your receipt stamp to the copy of this letter which is attached and returning same in the enclosed self-addressed stamped envelope. Thank you for your kind assistance.

Sincerely,

TONY MOORE
Clerk of Court

BY:    s/L.LaCombe
       Lisa Lacombe, Deputy Clerk