RECEIVED

JAN 1 8 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

BY: _____

10-CR-00233 #283

CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
U.S. COURTHOUSE
300 FANNIN ST., SUITE 1167
SHREVEPORT, LOUISIANA 71101-3083

OFFICIAL BUSINESS

RECEIVED

JAN 1 8 2012

TONY R. MOORE, CLERK

BY: _____ DEPUTY

7515*9000 B090

RETURN TO SENDER
REFUSED

MAILED FROM ZIP CODE 71101

02 1R    $00.440
0006556974    DEC 28 2011
PITNEY BOWES

# NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Troy Wilson (PrisID: 15074-035 )
F C I - Seagoville
P O Box 9000
Seagoville, TX 75159

---

Case: 5:10-cr-00233 #283
4 pages printed: Tue Dec 27 15:21:03 2011

---

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)*<br>5:10-cr-233-07 | |
| DOCKET NUMBER *(Rec. Court)*<br>4-11CR-207-Y | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Timothy McGregor<br>Northern District of Texas | DISTRICT<br><br>WESTERN DISTRICT OF LOUISIANA | DIVISION<br><br>Shreveport |
|---|---|---|

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 1 9 2011

TO: MOORE, CLERK
BY _____ DEPUTY

| NAME OF SENTENCING JUDGE<br><br>Tom Stagg | | |
|---|---|---|
| DATES OF SUPERVISED RELEASE: | FROM<br>8/18/2011 | TO<br>8/17/2014 |

| OFFENSE<br><br>Possession of Counterfeit Securities with Intend to Defraud, 18 U.S.C. §513(a) |
|---|

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "WESTERN DISTRICT OF LOUISIANA"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____
*Date* — November 29, 2011

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 14 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy

_____
*Effective Date* — 12-14-11

_____
*United States District Judge*

# United States District Court
## Northern District of Texas

Karen Mitchell
Clerk of Court

Fort Worth Division
501 West 10th Street Room 310
Ft. Worth, TX. 76102-3673

12/15/11

Clerk of Court
United States Courthouse
300 Fannin Street, Suite 1167
Shreveport, LA  71101

Defendant Name:  Timothy McGregor

Our Case No.   4:11-CR-207-Y

Your Case No.   5:10-cr-233-07

Dear Clerk Of The Court:

Pursuant to acceptance of the Transfer of Jurisdiction of the above named defendant, please find enclosed Transfer of Jurisdiction form.

Upon receipt of this order, please forward certified copies of the following:

Indictment/Information
Judgment
Docket Report
Defendant's financial ledger showing balances of restitution/fines, and
a list of payees and their addresses.

If you wish to electronically  certify the documents and email all attachments to this court, please send your email to:
**TXNDml_Fort Worth Intake**

Thank you for your prompt attention to this matter.

Sincerely,
KAREN MITCHELL
*Clerk of Court*

By:

K. Guerrero

Deputy Clerk

Enclosure

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

## Western District of Louisiana

### Notice of Electronic Filing

The following transaction was entered on 12/27/2011 at 3:01 PM CST and filed on 12/19/2011

| | |
|---|---|
| **Case Name:** | USA v. Simmons et al |
| **Case Number:** | 5:10-cr-00233-TS-MLH |
| **Filer:** | |
| **Document Number:** | 283 |

**Docket Text:**
PROBATION JURISDICTION TRANSFERRED to Northern District of Texas as to Timothy McGregor. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet on 12/27/2011. (Attachments: # (1) Letter)(crt,LaCombe, L)